**UNITED STATES of America, Plaintiff–Appellee**

v.

**Evaristo RODRIGUEZ–GODIN, also known as Evaristo Godin Rodriguez, also known as Evaristo Rodriguez, also known as Jose Rodriguez, Defendant–Appellant.**

No. 09–20312
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 4, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Sarah Beth Landau, Federal Public Defender's Office, Houston, TX, Evaristo Rodriguez–Godin, Navasota, TX, for Defendant–Appellant.

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Evaristo Rodriguez–Godin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez–Godin has not filed a response. Our independent review of the record and counsel's brief

---

discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.